| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Earl Powell

Rebecca Powell

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/22/2023       Earl Powell              /s/ Earl Powell
                       Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/22/2023       Rebecca Powell            /s/ Rebecca Powell
                       Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 F 1002-1.EMP.INCOME.DEC

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Earl Powell | Southwest Airlines Co. | 89416 | 05/01/2023 | 05/15/2023 | 05/19/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,452.56 | 30.77 | 449.48 | 137.53 | 1,865.55 |
| YTD | 25,795.26 | 592.70 | 5,006.91 | 1,375.30 | 19,413.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Day at a Time Vacation | | | | | 2,308.32 |
| Holiday | | | | | 256.48 |
| Overtime | | | | | 3,693.31 |
| Regular | 05/01/2023 - 05/15/2023 | 64.00 | 32.06 | 2,051.84 | 15,690.17 |
| Sick | 05/01/2023 - 05/15/2023 | 8.00 | 32.06 | 256.48 | 2,051.84 |
| Shift Differential | 05/01/2023 - 05/15/2023 | | | 100.00 | 500.00 |
| Sick on MOT | | | | | 32.06 |
| Training | | | | | 583.49 |
| Mandatory DT | 05/01/2023 - 05/15/2023 | 0.30 | 64.12 | 19.24 | 352.65 |
| 2298 NCO PAID | | | | | 76.94 |
| No Medical (M999)-BSC | 05/01/2023 - 05/15/2023 | | | 25.00 | 250.00 |
| Earnings | | | | 2,452.56 | 25,795.26 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 153.37 | 1,630.06 |
| Medicare | 35.86 | 381.22 |
| Federal Withholding | 161.51 | 1,802.32 |
| State Tax - CA | 76.48 | 956.69 |
| CA SDI - CASDI | 22.26 | 236.62 |
| Employee Taxes | 449.48 | 5,006.91 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 0.77 | 7.70 |
| SWAG Taxable Imputed | 30.00 | 585.00 |
| Imputed Income | 30.77 | 592.70 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D pre tax - BSC | 9.67 | 96.70 |
| Spouse Life Ins aft - BSC | 6.63 | 66.30 |
| Child Life Ins aft - BSC | 0.53 | 5.30 |
| Opt Group Life afrtx-BSC | 10.67 | 106.70 |
| Long Term Disb aftr-BSC | 13.56 | 135.60 |
| Critical Illness-BSC | 6.60 | 66.00 |
| TWU555 Supplemental Benefits | 57.30 | 573.00 |
| Catastrophic Charity | 2.00 | 20.00 |
| TWU555 Dues (06) | 30.57 | 305.70 |
| Deductions | 137.53 | 1,375.30 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,473.66 | 26,291.26 |
| Medicare - Taxable Wages | 2,473.66 | 26,291.26 |
| Federal Withholding - Taxable Wages | 2,473.66 | 26,291.26 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_0354 | ******0354 | 1,865.55 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Earl Powell | Southwest Airlines Co. | 89416 | 04/16/2023 | 04/30/2023 | 05/05/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,865.24 | 0.77 | 281.02 | 137.53 | 1,446.69 |
| YTD | 23,342.70 | 561.93 | 4,557.43 | 1,237.77 | 17,547.50 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Day at a Time Vacation | | | | | 2,308.32 |
| Holiday | | | | | 256.48 |
| Overtime | | | | | 3,693.31 |
| Regular | 04/16/2023 - 04/30/2023 | 53.60 | 32.06 | 1,718.42 | 13,638.33 |
| Sick | | | | | 1,795.36 |
| Shift Differential | | | | | 400.00 |
| Sick on MOT | | | | | 32.06 |
| Training | | | | | 583.49 |
| Mandatory DT | 04/16/2023 - 04/30/2023 | 0.70 | 64.12 | 44.88 | 333.41 |
| 2298 NCO PAID | 04/16/2023 - 04/30/2023 | 2.40 | 32.06 | 76.94 | 76.94 |
| No Medical (M999)-BSC | 04/16/2023 - 04/30/2023 | | | 25.00 | 225.00 |
| Earnings | | | | 1,865.24 | 23,342.70 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 115.09 | 1,476.69 |
| Medicare | 26.92 | 345.36 |
| Federal Withholding | 88.13 | 1,640.81 |
| State Tax - CA | 34.17 | 880.21 |
| CA SDI - CASDI | 16.71 | 214.36 |
| Employee Taxes | 281.02 | 4,557.43 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 0.77 | 6.93 |
| SWAG Taxable Imputed | | 555.00 |
| Imputed Income | 0.77 | 561.93 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D pre tax - BSC | 9.67 | 87.03 |
| Spouse Life Ins aft - BSC | 6.63 | 59.67 |
| Child Life Ins aft - BSC | 0.53 | 4.77 |
| Opt Group Life afrtx-BSC | 10.67 | 96.03 |
| Long Term Disb aftr-BSC | 13.56 | 122.04 |
| Critical Illness-BSC | 6.60 | 59.40 |
| TWU555 Supplemental Benefits | 57.30 | 515.70 |
| Catastrophic Charity | 2.00 | 18.00 |
| TWU555 Dues (06) | 30.57 | 275.13 |
| Deductions | 137.53 | 1,237.77 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,856.34 | 23,817.60 |
| Medicare - Taxable Wages | 1,856.34 | 23,817.60 |
| Federal Withholding - Taxable Wages | 1,856.34 | 23,817.60 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_0354 | ******0354 | 1,446.69 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Earl Powell | Southwest Airlines Co. | 89416 | 04/01/2023 | 04/15/2023 | 04/20/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,176.84 | 0.77 | 364.91 | 137.53 | 1,674.40 |
| YTD | 21,477.46 | 561.16 | 4,276.41 | 1,100.24 | 16,100.81 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Day at a Time Vacation | | | | | 2,308.32 |
| Holiday | | | | | 256.48 |
| Overtime | | | | | 3,693.31 |
| Regular | 04/01/2023 - 04/15/2023 | 61.80 | 32.06 | 1,981.31 | 11,919.91 |
| Sick | | | | | 1,795.36 |
| Shift Differential | 04/01/2023 - 04/15/2023 | | | 100.00 | 400.00 |
| Sick on MOT | | | | | 32.06 |
| Training | 04/01/2023 - 04/15/2023 | 2.20 | 32.06 | 70.53 | 583.49 |
| Mandatory DT | | | | | 288.53 |
| No Medical (M999)-BSC | 04/01/2023 - 04/15/2023 | | | 25.00 | 200.00 |
| Earnings | | | | 2,176.84 | 21,477.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 134.41 | 1,361.60 |
| Medicare | 31.44 | 318.44 |
| Federal Withholding | 124.82 | 1,552.68 |
| State Tax - CA | 54.73 | 846.04 |
| CA SDI - CASDI | 19.51 | 197.65 |
| Employee Taxes | 364.91 | 4,276.41 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 0.77 | 6.16 |
| SWAG Taxable Imputed | | 555.00 |
| Imputed Income | 0.77 | 561.16 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D pre tax - BSC | 9.67 | 77.36 |
| Spouse Life Ins aft - BSC | 6.63 | 53.04 |
| Child Life Ins aft - BSC | 0.53 | 4.24 |
| Opt Group Life afrtx-BSC | 10.67 | 85.36 |
| Long Term Disb aftr-BSC | 13.56 | 108.48 |
| Critical Illness-BSC | 6.60 | 52.80 |
| TWU555 Supplemental Benefits | 57.30 | 458.40 |
| Catastrophic Charity | 2.00 | 16.00 |
| TWU555 Dues (06) | 30.57 | 244.56 |
| Deductions | 137.53 | 1,100.24 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,167.94 | 21,961.26 |
| Medicare - Taxable Wages | 2,167.94 | 21,961.26 |
| Federal Withholding - Taxable Wages | 2,167.94 | 21,961.26 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_0354 | ******0354 | 1,674.40 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Earl Powell | Southwest Airlines Co. | 89416 | 03/16/2023 | 03/31/2023 | 04/05/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,846.28 | 0.77 | 556.23 | 137.53 | 2,152.52 |
| YTD | 19,300.62 | 560.39 | 3,911.50 | 962.71 | 14,426.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Day at a Time Vacation | 03/16/2023 - 03/31/2023 | 56.00 | 32.06 | 1,795.36 | 2,308.32 |
| Holiday | | | | | 256.48 |
| Overtime | | | | | 3,693.31 |
| Regular | 03/16/2023 - 03/31/2023 | 32.00 | 32.06 | 1,025.92 | 9,938.60 |
| Sick | | | | | 1,795.36 |
| Shift Differential | | | | | 300.00 |
| Sick on MOT | | | | | 32.06 |
| Training | | | | | 512.96 |
| Mandatory DT | | | | | 288.53 |
| No Medical (M999)-BSC | 03/16/2023 - 03/31/2023 | | | 25.00 | 175.00 |
| Earnings | | | | 2,846.28 | 19,300.62 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.92 | 1,227.19 |
| Medicare | 41.14 | 287.00 |
| Federal Withholding | 205.15 | 1,427.86 |
| State Tax - CA | 108.48 | 791.31 |
| CA SDI - CASDI | 25.54 | 178.14 |
| Employee Taxes | 556.23 | 3,911.50 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 0.77 | 5.39 |
| SWAG Taxable Imputed | | 555.00 |
| Imputed Income | 0.77 | 560.39 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D pre tax - BSC | 9.67 | 67.69 |
| Spouse Life Ins aft - BSC | 6.63 | 46.41 |
| Child Life Ins aft - BSC | 0.53 | 3.71 |
| Opt Group Life afrtx-BSC | 10.67 | 74.69 |
| Long Term Disb aftr-BSC | 13.56 | 94.92 |
| Critical Illness-BSC | 6.60 | 46.20 |
| TWU555 Supplemental Benefits | 57.30 | 401.10 |
| Catastrophic Charity | 2.00 | 14.00 |
| TWU555 Dues (06) | 30.57 | 213.99 |
| Deductions | 137.53 | 962.71 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,837.38 | 19,793.32 |
| Medicare - Taxable Wages | 2,837.38 | 19,793.32 |
| Federal Withholding - Taxable Wages | 2,837.38 | 19,793.32 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_0354 | ******0354 | 2,152.52 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rebecca Powell | Southwest Airlines Co. | 72468 | 05/01/2023 | 05/15/2023 | 05/19/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,313.50 | 31.15 | 379.78 | 973.19 | 1,960.53 |
| YTD | 37,291.50 | 1,382.70 | 6,220.97 | 8,859.74 | 22,210.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Bonus | | | | | 4,000.00 |
| Day at a Time Payout | | | | | 35.00 |
| Day at a Time Vacation | 05/01/2023 - 05/15/2023 | 8.00 | 35.00 | 280.00 | 3,710.00 |
| Freeday Scheduled OT | | | | | 47.25 |
| Holiday | | | | | 280.00 |
| Overtime | | | | | 3,417.75 |
| Regular | 05/01/2023 - 05/15/2023 | 71.80 | 35.00 | 2,513.00 | 21,455.00 |
| Sick | | | | | 280.00 |
| Scheduled OT | 05/01/2023 - 05/15/2023 | 8.20 | 52.50 | 430.50 | 1,632.75 |
| Shift Differential | 05/01/2023 - 05/15/2023 | | | 90.00 | 500.00 |
| Training | | | | | 301.00 |
| Training OT | | | | | 26.25 |
| Tripletime | | | | | 840.00 |
| Mandatory DT | | | | | 238.00 |
| Flexible Time Off | | | | | 528.50 |
| Earnings | | | | 3,313.50 | 37,291.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 191.49 | 2,239.09 |
| Medicare | 44.79 | 523.66 |
| Federal Withholding | 11.35 | 1,400.21 |
| State Tax - CA | 104.35 | 1,732.98 |
| CA SDI - CASDI | 27.80 | 325.03 |
| Employee Taxes | 379.78 | 6,220.97 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 1.15 | 11.50 |
| Imputed Income Other | | 301.20 |
| Pass Space Available | | 50.00 |
| SWAG Taxable Imputed | 30.00 | 1,020.00 |
| Imputed Income | 31.15 | 1,382.70 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Pre Tax Medical - BSC | 213.00 | 2,130.00 |
| Pre Tax Dental - BSC | 24.00 | 240.00 |
| Pre Tax Vision - BSC | 8.42 | 84.20 |
| AD&D pre tax - BSC | 10.56 | 105.60 |
| EE Stock Purchase Plan After-Tax | 20.00 | 200.00 |
| Spouse Life Ins aft - BSC | 6.63 | 66.30 |
| Child Life Ins aft - BSC | 0.53 | 5.30 |
| Opt Group Life afrtx-BSC | 10.30 | 103.00 |
| Long Term Disb aftr-BSC | 17.63 | 176.30 |
| Critical Illness-BSC | 5.05 | 50.50 |
| 401(k) Contribution Pre-tax | 298.22 | 1,666.87 |
| 401(k) Contribution Roth After-tax | | 443.12 |
| IAM Supplemental Benefits | 145.07 | 1,450.70 |
| Catastrophic Charity | 2.00 | 20.00 |
| IAM Dues(04,16) | 34.56 | 345.65 |
| 401k Loan Ded (Loan 1) | 177.22 | 1,772.20 |
| Deductions | 973.19 | 8,859.74 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Match | 298.22 | 2,109.99 |
| Employer Paid Benefits | 298.22 | 2,109.99 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,088.67 | 36,114.40 |
| Medicare - Taxable Wages | 3,088.67 | 36,114.40 |
| Federal Withholding - Taxable Wages | 2,790.45 | 34,447.53 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_4004 | ******4004 | 1,500.00 | USD |
| NAVY FEDERAL CREDIT UNION | OTHER_4088 | ******4088 | 400.00 | USD |
| SOUTHWEST AIRLINES FEDERAL CREDIT UN | OTHER_4680 | ******4680 | 50.00 | USD |
| MUFG UNION BANK, N.A. | OTHER_0998 | ******0998 | 10.53 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rebecca Powell | Southwest Airlines Co. | 72468 | 04/16/2023 | 04/30/2023 | 05/05/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,323.25 | 121.15 | 408.89 | 974.07 | 1,940.29 |
| YTD | 33,978.00 | 1,351.55 | 5,841.19 | 7,886.55 | 20,250.26 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Bonus | | | | | 4,000.00 |
| Day at a Time Payout | | | | | 35.00 |
| Day at a Time Vacation | 04/16/2023 - 04/30/2023 | 19.00 | 35.00 | 665.00 | 3,430.00 |
| Freeday Scheduled OT | | | | | 47.25 |
| Holiday | | | | | 280.00 |
| Overtime | 04/16/2023 - 04/30/2023 | 1.00 | 52.50 | 52.50 | 3,417.75 |
| Regular | 04/16/2023 - 04/30/2023 | 63.20 | 35.00 | 2,212.00 | 18,942.00 |
| Sick | | | | | 280.00 |
| Scheduled OT | 04/16/2023 - 04/30/2023 | 7.50 | 52.50 | 393.75 | 1,202.25 |
| Shift Differential | | | | | 410.00 |
| Training | | | | | 301.00 |
| Training OT | | | | | 26.25 |
| Tripletime | | | | | 840.00 |
| Mandatory DT | | | | | 238.00 |
| Flexible Time Off | | | | | 528.50 |
| Earnings | | | | 3,323.25 | 33,978.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 197.69 | 2,047.60 |
| Medicare | 46.23 | 478.87 |
| Federal Withholding | 23.22 | 1,388.86 |
| State Tax - CA | 113.06 | 1,628.63 |
| CA SDI - CASDI | 28.69 | 297.23 |
| Employee Taxes | 408.89 | 5,841.19 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 1.15 | 10.35 |
| Imputed Income Other | | 301.20 |
| Pass Space Available | | 50.00 |
| SWAG Taxable Imputed | 120.00 | 990.00 |
| Imputed Income | 121.15 | 1,351.55 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Pre Tax Medical - BSC | 213.00 | 1,917.00 |
| Pre Tax Dental - BSC | 24.00 | 216.00 |
| Pre Tax Vision - BSC | 8.42 | 75.78 |
| AD&D pre tax - BSC | 10.56 | 95.04 |
| EE Stock Purchase Plan After-Tax | 20.00 | 180.00 |
| Spouse Life Ins aft - BSC | 6.63 | 59.67 |
| Child Life Ins aft - BSC | 0.53 | 4.77 |
| Opt Group Life afrtx-BSC | 10.30 | 92.70 |
| Long Term Disb aftr-BSC | 17.63 | 158.67 |
| Critical Illness-BSC | 5.05 | 45.45 |
| 401(k) Contribution Pre-tax | 299.09 | 1,368.65 |
| 401(k) Contribution Roth After-tax | | 443.12 |
| IAM Supplemental Benefits | 145.07 | 1,305.63 |
| Catastrophic Charity | 2.00 | 18.00 |
| IAM Dues(04,16) | 34.57 | 311.09 |
| 401k Loan Ded (Loan 1) | 177.22 | 1,594.98 |
| Deductions | 974.07 | 7,886.55 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Match | 299.09 | 1,811.77 |
| Employer Paid Benefits | 299.09 | 1,811.77 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,188.42 | 33,025.73 |
| Medicare - Taxable Wages | 3,188.42 | 33,025.73 |
| Federal Withholding - Taxable Wages | 2,889.33 | 31,657.08 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_4004 | ******4004 | 1,500.00 | USD |
| NAVY FEDERAL CREDIT UNION | OTHER_4088 | ******4088 | 400.00 | USD |
| SOUTHWEST AIRLINES FEDERAL CREDIT UN | OTHER_4680 | ******4680 | 40.29 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rebecca Powell | Southwest Airlines Co. | 72468 | 04/01/2023 | 04/15/2023 | 04/20/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,667.00 | 151.75 | 515.95 | 1,004.96 | 2,146.09 |
| YTD | 30,654.75 | 1,230.40 | 5,432.30 | 6,912.48 | 18,309.97 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Bonus | | | | | 4,000.00 |
| Day at a Time Payout | | | | | 35.00 |
| Day at a Time Vacation | 04/01/2023 - 04/15/2023 | 5.00 | 35.00 | 175.00 | 2,765.00 |
| Freeday Scheduled OT | | | | | 47.25 |
| Holiday | | | | | 280.00 |
| Overtime | | | | | 3,365.25 |
| Regular | 04/01/2023 - 04/15/2023 | 80.70 | 35.00 | 2,824.50 | 16,730.00 |
| Sick | | | | | 280.00 |
| Scheduled OT | 04/01/2023 - 04/15/2023 | 6.30 | 52.50 | 330.75 | 808.50 |
| Shift Differential | 04/01/2023 - 04/15/2023 | | | 90.00 | 410.00 |
| Training | 04/01/2023 - 04/15/2023 | 6.30 | 35.00 | 220.50 | 301.00 |
| Training OT | 04/01/2023 - 04/15/2023 | 0.50 | 52.50 | 26.25 | 26.25 |
| Tripletime | | | | | 840.00 |
| Mandatory DT | | | | | 238.00 |
| Flexible Time Off | | | | | 528.50 |
| Earnings | | | | 3,667.00 | 30,654.75 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 220.89 | 1,849.91 |
| Medicare | 51.66 | 432.64 |
| Federal Withholding | 64.43 | 1,365.64 |
| State Tax - CA | 146.90 | 1,515.57 |
| CA SDI - CASDI | 32.07 | 268.54 |
| Employee Taxes | 515.95 | 5,432.30 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 1.15 | 9.20 |
| Imputed Income Other | 150.60 | 301.20 |
| Pass Space Available | | 50.00 |
| SWAG Taxable Imputed | | 870.00 |
| Imputed Income | 151.75 | 1,230.40 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Pre Tax Medical - BSC | 213.00 | 1,704.00 |
| Pre Tax Dental - BSC | 24.00 | 192.00 |
| Pre Tax Vision - BSC | 8.42 | 67.36 |
| AD&D pre tax - BSC | 10.56 | 84.48 |
| EE Stock Purchase Plan After-Tax | 20.00 | 160.00 |
| Spouse Life Ins aft - BSC | 6.63 | 53.04 |
| Child Life Ins aft - BSC | 0.53 | 4.24 |
| Opt Group Life afrtx-BSC | 10.30 | 82.40 |
| Long Term Disb aftr-BSC | 17.63 | 141.04 |
| Critical Illness-BSC | 5.05 | 40.40 |
| 401(k) Contribution Pre-tax | 330.03 | 1,069.56 |
| 401(k) Contribution Roth After-tax | | 443.12 |
| IAM Supplemental Benefits | 145.07 | 1,160.56 |
| Catastrophic Charity | 2.00 | 16.00 |
| IAM Dues(04,16) | 34.52 | 276.52 |
| 401k Loan Ded (Loan 1) | 177.22 | 1,417.76 |
| Deductions | 1,004.96 | 6,912.48 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Match | 330.03 | 1,512.68 |
| Employer Paid Benefits | 330.03 | 1,512.68 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,562.77 | 29,837.31 |
| Medicare - Taxable Wages | 3,562.77 | 29,837.31 |
| Federal Withholding - Taxable Wages | 3,232.74 | 28,767.75 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| MUFG UNION BANK, N.A. | OTHER_0998 | ******0998 | 100.00 | USD |
| NAVY FEDERAL CREDIT UNION | OTHER_4004 | ******4004 | 1,200.00 | USD |
| NAVY FEDERAL CREDIT UNION | OTHER_4088 | ******4088 | 350.00 | USD |
| SOUTHWEST AIRLINES FEDERAL CREDIT UN | OTHER_4680 | ******4680 | 200.00 | USD |
| SKYONE FEDERAL CREDIT UNION | MAIN_2685 | ******2685 | 296.09 | USD |

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rebecca Powell | Southwest Airlines Co. | 72468 | 03/16/2023 | 03/31/2023 | 04/05/2023 | |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,115.00 | 171.15 | 366.34 | 955.37 | 1,793.29 |
| YTD | 26,987.75 | 1,078.65 | 4,916.35 | 5,907.52 | 16,163.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Bonus | | | | | 4,000.00 |
| Day at a Time Payout | | | | | 35.00 |
| Day at a Time Vacation | 03/16/2023 - 03/31/2023 | 8.00 | 35.00 | 280.00 | 2,590.00 |
| Freeday Scheduled OT | 03/16/2023 - 03/31/2023 | 0.20 | 52.50 | 10.50 | 47.25 |
| Holiday | | | | | 280.00 |
| Overtime | | | | | 3,365.25 |
| Regular | 03/16/2023 - 03/31/2023 | 70.20 | 35.00 | 2,457.00 | 13,905.50 |
| Sick | | | | | 280.00 |
| Scheduled OT | 03/16/2023 - 03/31/2023 | 1.80 | 52.50 | 94.50 | 477.75 |
| Shift Differential | | | | | 320.00 |
| Training | | | | | 80.50 |
| Tripletime | | | | | 840.00 |
| Mandatory DT | | | | | 238.00 |
| Flexible Time Off | 03/16/2023 - 03/31/2023 | 7.80 | 35.00 | 273.00 | 528.50 |
| Earnings | | | | 3,115.00 | 26,987.75 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 187.87 | 1,629.02 |
| Medicare | 43.94 | 380.98 |
| Federal Withholding | 6.48 | 1,301.21 |
| State Tax - CA | 100.78 | 1,368.67 |
| CA SDI - CASDI | 27.27 | 236.47 |
| Employee Taxes | 366.34 | 4,916.35 |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life Insurance | 1.15 | 8.05 |
| Imputed Income Other | | 150.60 |
| Pass Space Available | 50.00 | 50.00 |
| SWAG Taxable Imputed | 120.00 | 870.00 |
| Imputed Income | 171.15 | 1,078.65 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Pre Tax Medical - BSC | 213.00 | 1,491.00 |
| Pre Tax Dental - BSC | 24.00 | 168.00 |
| Pre Tax Vision - BSC | 8.42 | 58.94 |
| AD&D pre tax - BSC | 10.56 | 73.92 |
| EE Stock Purchase Plan After-Tax | 20.00 | 140.00 |
| Spouse Life Ins aft - BSC | 6.63 | 46.41 |
| Child Life Ins aft - BSC | 0.53 | 3.71 |
| Opt Group Life afrtx-BSC | 10.30 | 72.10 |
| Long Term Disb aftr-BSC | 17.63 | 123.41 |
| Critical Illness-BSC | 5.05 | 35.35 |
| 401(k) Contribution Pre-tax | 280.35 | 739.53 |
| 401(k) Contribution Roth After-tax | | 443.12 |
| IAM Supplemental Benefits | 145.07 | 1,015.49 |
| Catastrophic Charity | 2.00 | 14.00 |
| IAM Dues(04,16) | 34.61 | 242.00 |
| 401k Loan Ded (Loan 1) | 177.22 | 1,240.54 |
| Deductions | 955.37 | 5,907.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Match | 280.35 | 1,182.65 |
| Employer Paid Benefits | 280.35 | 1,182.65 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,030.17 | 26,274.54 |
| Medicare - Taxable Wages | 3,030.17 | 26,274.54 |
| Federal Withholding - Taxable Wages | 2,749.82 | 25,535.01 |

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Workday >Payroll and Tax Form Resources >Available Sick and Vacation Accrual Balance.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | OTHER_4004 | ******4004 | 1,200.00 | USD |
| NAVY FEDERAL CREDIT UNION | OTHER_4088 | ******4088 | 350.00 | USD |
| SOUTHWEST AIRLINES FEDERAL CREDIT UN | OTHER_4680 | ******4680 | 200.00 | USD |
| MUFG UNION BANK, N.A. | OTHER_0998 | ******0998 | 43.29 | USD |