David M. Goodrich
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EARL POWELL<br>REBECCA POWELL<br><br>Debtor. | Case No. 2:23-bk-13237-NB<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED 341(a) MEETING OF CREDITORS**<br><br>Date:  July 10, 2023<br>Time    10:00 a.m.<br>Place:  Zoom Meeting |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the continued 11 U.S.C. §341(a) meeting of creditors (also known as the § 341(a) meeting) will take place **BY ZOOM**.

**PLEASE TAKE FURTHER NOTICE THAT** prior to the meeting, you should install the Zoom application on your electronic device.  If you are having issues with Zoom or questions regarding the meeting, please contact the Trustee's administrator at lrobles@go2.law

**PLEASE TAKE FURTHER NOTICE THAT** to join the Zoom meeting, parties should use the following url link, meeting ID, passcode and, if joining by telephone, the following telephone number(s):

Join Zoom Meeting:

https://us02web.zoom.us/j/81277891796?pwd=eEtjOVFQQjlqQ2ppcS9qczUyRE5jZz09

Meeting ID: 812 7789 1796
Passcode: 308147

One tap mobile
+16699006833,,81277891796#,,,,*308147# US (San Jose)
+17193594580,,81277891796#,,,,*308147# US

Dial by your location
• +1 669 900 6833 US (San Jose)
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 669 444 9171 US
• +1 689 278 1000 US
• +1 929 205 6099 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 646 931 3860 US

Meeting ID: 812 7789 1796
Passcode: 308147

Find your local number: https://us02web.zoom.us/u/kdzYjV5uLp


DATED: June 27, 2023           /s/ David M. Goodrich
                               David M. Goodrich
                               Chapter 7 Trustee

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED §341(a) MEETING OF CREDITORS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 27, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below**:**

- David M Goodrich (TR)    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com

- Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

SERVED BY UNITED STATES MAIL:
On June 27, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Earl & Rebecca Powell
3208 W. 75th Street
Los Angeles, CA  90043

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2023 | Lorraine L. Robles | /s/ Lorraine L. Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |