United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-13237-NB |
| Earl Powell | Chapter 7 |
| Rebecca Powell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: ustabus1 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Earl Powell, Rebecca Powell, 3208 W. 75th Street, Los Angeles, CA 90043-5231 |
| 41548698 | | SkyOne Federal Credit Union, 14600 Aviation Blvd, Hawthorne, CA 90250-6656 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Jul 22 2023 00:57:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 22 2023 00:57:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Jul 22 2023 00:56:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41548692 | Email/PDF: bncnotices@becket-lee.com | Jul 22 2023 01:13:31 | American Express, Po Box 981535, El Paso, TX 79998-1535 |
| 41548693 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2023 01:13:12 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 41548695 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2023 00:57:00 | Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 41548694 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2023 00:59:45 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 41548696 | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 22 2023 00:57:00 | Navy Federal Credit Union, Po Box 3000, Merrifield, VA 22119-3000 |
| 41548697 | Email/Text: bankruptcyteam@quickenloans.com | Jul 22 2023 00:57:00 | Rocket Mortgage, Po Box 6577, Carol Stream, IL 60197-6577 |
| 41548699 | Email/Text: collections@swacu.org | Jul 22 2023 00:56:00 | Southwest Airlines Federal Credit Union, 2430 Shorecrest Dr, Dallas, TX 75235-1806 |
| 41548700 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 22 2023 00:56:00 | The Bank of Missouri, Po Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 2:23-bk-13237-NB    Doc 16    Filed 07/23/23    Entered 07/23/23 21:14:28    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: ustabus1 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Earl Powell bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Rebecca Powell bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David M Goodrich (TR) | dgoodrich@go2.law c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**
Earl Powell
**SSN:** xxx–xx–5283
**EIN:** N/A
Rebecca Powell
**SSN:** xxx–xx–1875
3208 W. 75th Street
Los Angeles, CA 90043

**BANKRUPTCY NO.** 2:23–bk–13237–NB
**CHAPTER** 7

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: July 21, 2023

For the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1

**15 /**