Certificate Number: 14912-CAC-DE-037698971

Bankruptcy Case Number: 23-13237



14912-CAC-DE-037698971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2023, at 12:09 o'clock PM EDT, Earl Powell completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: August 22, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor